July 17, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VOLVO TRUCKS NORTH AMERICAN, INC. | CIVIL ACTION |
| VERSUS | NO. 02-3398 |
| CRESCENT FORD TRUCK SALES, INC. | SECTION "A"(4) |

**ORDER**

Volvo has requested expedited consideration of its **Motion to Quash Matthew Deposition Notice and Subpoena (Rec. Doc. 275)**. The motion is **DENIED**. The Court will allow the deposition to proceed as scheduled. The Court does not agree with Crescent's contention that the "shield" provided by Rule 26(b)(4)(B), which is very similar to the work-product doctrine, is per se inapplicable to Matthew. This case is closely-related to the Luciano/Volvo litigation. See In re Grand Jury Proceedings, 43 F.3d 966 (5th Cir. 1994). However, Matthew's opinions and conclusions were fully disclosed in the Luciano litigation where Matthews was identified as a testifying expert. The Court is not persuaded that any "privilege" that remains will be compromised

by allowing Matthew's deposition to go forward.  After Matthew's deposition is completed and Crescent identifies the specific testimony it intends to use at trial the Court will be in a better position to determine whether any portion of the testimony should be excluded.

   Accordingly;

   **IT IS ORDERED** that the **Motion to Quash Matthew Deposition Notice and Subpoena (Rec. Doc. 275)** filed by plaintiff Volvo Trucks North America, Inc. should be and is hereby **DENIED**.

* * * * * * * *

2