July 26, 2006

                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

VOLVO TRUCKS NORTH AMERICAN, INC.                    CIVIL ACTION

VERSUS                                               NO. 02-3398

CRESCENT FORD TRUCK SALES, INC.                      SECTION "A"(4)

                              **ORDER**

     Pending before the Court are "objections" to Exhibits 121 through 221 which comprise Book 3 exhibits.  Pursuant to the Court's May 19, 2006, Minute Entry (Rec. Doc. 223), Book 3 exhibits are exhibits for which one party opposes admission for any purpose.  Also pending are one remaining motion in limine by Crescent and a motion for reconsideration by Crescent.

     The Court's rulings are listed below.  <u>Counsel</u> <u>are</u> <u>admonished</u> <u>that</u> <u>only</u> <u>those</u> <u>exhibits</u> <u>specifically</u> <u>referenced</u> <u>during</u> <u>trial</u> <u>will</u> <u>be</u> <u>sent</u> <u>in</u> <u>with</u> <u>the</u> <u>jury</u> <u>during</u> <u>deliberations</u>.  Each party shall maintain a list of those exhibits to which that party specifically refers during trial to ensure that all pertinent exhibits are included.

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 121 | Carter depo | Excluded.  Can be used for impeachment if the deponent testifies live at trial.[1] |
| 122 | Kirksey depo | Excluded.  Can be used for impeachment if the deponent testifies live at trial. |
| 123 | Tedder depo (5-12-00) | Excluded.  Can be used for impeachment if the deponent testifies live at trial. |
| 124 | Centanni depo (7-20-99) | Excluded.  Can be used for impeachment if the deponent testifies live at trial. |
| 125 | Koch depo (6-2000) | Excluded.  Can be used for impeachment if the deponent testifies live at trial. |
| 126 | Saia depo (7-19-99) | Excluded.  Can be used for impeachment if the deponent testifies live at trial. |

---

[1] The Court is assuming that Exhibits 121-27 are depositions taken *prior* to the filing of the third party demand.  To the extent that any of Exhibits 121-27 were taken *after* the filing of the third party demand, the deposition might additionally be admissible pursuant to FRCP 32 and 804(b).  However, the Court lacks sufficient information at this time to decide whether any of Exhibits 121-27 might be admissible for any purpose other than impeachment.

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 127 | Saia depo (7-2000) | Excluded. Can be used for impeachment if the deponent testifies live at trial. |
| 128 | Luciano A claims list | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report. If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 129 | Luciano B claims list | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report. If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 130 | Luciano C claims list | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report. If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 131 | Luciano D claims list | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report. If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 132 | Volvo MSJ from bankruptcy | Excluded |
| 133 | Volvo CF dismissal | Excluded |
| 134 | Partial SJ by VTNA | Excluded |
| 135 | Bankruptcy order | Excluded |
| 136 | VTNA renewed MSJ (4-3-01) | Excluded |
| 137 | List of depos | Excluded |
| 138 | Theriot report | Excluded. This expert will testify live at trial. If he does not then his report is hearsay. |

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 139 | ABCD claims lists | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report. If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 140 | SLS affidavit | Excluded in this phase of trial. |
| 141 | MVC judgment | Admissible assuming a proper foundation is laid. Not to be published to the jury until such time as the Court makes a specific ruling as to its admissibility.[2] |

---

[2] When the Court denied Crescent's motion in limine (Rec. Doc. 253) it did not intend to affirmatively rule that the findings were admissible although the Court understands how the parties might have interpreted the ruling in that way. (Rec. Doc. 307). The Court simply found it unnecessary to issue an order precluding Volvo from referring to something that did not happen, i.e., that the LMVC found that Crescent *breached* the dealer agreement.

5

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 142 | 24th JDC affirming MVC | Admissible assuming a proper foundation is laid.  Not to be published to the jury until such time as the Court makes a specific ruling as to its admissibility. |
| 143 | MSJ in bankruptcy, withdrawn | Excluded |
| 144 | Luciano claims summary | Excluded because it will likely confuse the jury.  However, an appropriate witness can refer to the document. |
| 145 | Luciano claims summary | Excluded because it will likely confuse the jury.  However, an appropriate witness can refer to the document. |
| 146 | Luciano claims summary | Excluded because it will likely confuse the jury.  However, an appropriate witness can refer to the document. |
| 147 | Luciano claims summary | Excluded because it will likely confuse the jury.  However, an appropriate witness can refer to the document. |

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 148 | Theriot documents A-J | Unless excluded by another specific order, these documents are admitted if 1) prepared by Theriot, and 2) demonstrative of the opinion contained in his report. |
| 149 | Theriot documents | Unless excluded by another specific order, these documents are admitted if 1) prepared by Theriot, and 2) demonstrative of the opinion contained in his report. |
| 150 | Theriot web research | Excluded |
| 151 | Schafer report | Excluded |
| 152 | Shafer depo | Excluded except for impeachment if the witness testifies. |
| 153 | Cupit report | Excluded |
| 154 | Luciano to Koch fax sheet | Excluded. Plaintiff has not given the Court a valid reason to admit this document. |
| 155 | Letter Centanni to Koch | Excluded. Plaintiff has not given the Court a valid reason to admit this document. |
| 156 | 1997 Volvo Qualcomm Parts | Deferred |
| 157 | Table spreadsheet | Excluded |
| 158 | Refund warranty claims | Excluded |

7

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 159 | Invoices for truck 97147 | Excluded |
| 160 | "" 97142 | Excluded |
| 161 | "" 97137 | Excluded |
| 162 | "" 97123 | Excluded |
| 163 | "" 97146 | Excluded |
| 164 | "" 97148 | Excluded |
| 165 | "" 97132 | Excluded |
| 166 | "" 97107 | Excluded |
| 167 | Repairs orders to Carter | Excluded |
| 168 | Repairs orders | Excluded |
| 169 | Luciano invoices | Excluded |
| 170 | D claims list | Excluded |
| 171 | Claims lists A&B | Excluded |
| 172 | Claims list C | Excluded |
| 173 | Bain CV | Excluded. This expert will testify live at trial. |
| 174 | Bain litigation support file | Excluded generally. However, the Court will allow any document contained in this exhibit that Bain personally prepared and which pertains to the opinions contained in his report. |
| 175 | Bain report | Excluded. This expert will testify live at trial. If he does not then his report is hearsay. |

8

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
| --- | --- | --- |
| 176 | Theriot summary | Excluded unless Theriot personally prepared this exhibit and it pertains to the opinions contained in his report. |
| 177 | Volvo MSJ stmt of facts | Excluded |
| 178 | Schaffer report | Excluded. This witness will testify live at trial. If he does not then his report is hearsay. |
| 179 | Bain report 4-19-05 | Excluded. This witness will testify live at trial. If he does not then his report is hearsay. |
| 180 | Incr fixed cost | Excluded |
| 181 | Total Variable Costs | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report. If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |

9

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 182 | Summary of monthly tractor | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report.  If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 183 | Theriot depo exhibits | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report.  If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 184 | Para U | Excluded except that the attached affidavits may be used to impeach the affiant if he testifies at trial. |

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 185 | Total Variable Costs per T | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report.  If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 186 | Summary of Monthly Tractor | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report.  If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 187 | Handwritten memo from Saia | Excluded |
| 188 | Analysis para 7 | Excluded |

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 189 | Documents from Luciano insp. | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report.  If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 190 | Theriot notes | Excluded |
| 191 | Spreadsheet and comments | Excluded |
| 192 | Spreadsheet, estimated costs | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report.  If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 193 | Adding machine tapes | Excluded |
| 194 | Handwritten list, towing | Excluded |
| 195 | Handwritten list, rentals | Excluded |
| 196 | Adding machine tapes, Volvo | Excluded |
| 197 | Non Volvo Dealer | Excluded |
| 198 | Version 2, Summary of Warr | Deferred |
| 199 | Head liner, cylinder, crank | Excluded |
| 200 | Warranty claims history, Luc | Excluded |

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 201 | Letter, Centanni to Theriot | Deferred. Exhibit not in book. |
| 202 | Letter, Alltmont to Saia | Excluded |
| 203 | Paul, rental tractors | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report. If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 204 | Letter, Theriot to Alltmont | Excluded |
| 205 | Tractor activity recap | Excluded |
| 206 | Spreadsheets, Luciano incr | Excluded |
| 207 | Spreadsheets, daily revenue | Excluded |
| 208 | Luciano daily revenue | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report. If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 209 | Luciano incremental revenue | Excluded unless the document was prepared by Theriot and is demonstrative of the opinion contained in his report. If Theriot did not prepare this document then it is inadmissible hearsay although Theriot, as an expert, can rely upon it and can refer to it. |
| 210 | Tractor activity recap | Excluded |
| 211 | GBS timesheets | Excluded in this phase of trial. |
| 212 | 7493-7494 warranty | Admitted |
| 213 | 7495-7496 warranty | Admitted |
| 214 | 7497-7498 warranty | Admitted |
| 215 | 7499-7500 warranty | Admitted |
| 216 | 7501-7502 warranty | Admitted |
| 217 | 7503 warranty | Admitted |
| 218 | 7504 warranty | Admitted |
| 219 | Any responses by Volvo to | Excluded. Can be used for impeachment. |
| 220 | Volvo's answer to complaint | Admitted only if the parties have agreed to admit the complaint. |

| **EXHIBIT NO.** | **DESCRIPTION** | **COURT'S RULING** |
|---|---|---|
| 221 | Settlement letter | Excluded. The letter makes a demand for claims far outside the scope of Crescent's alleged failure to perform. However, a Volvo representative with firsthand knowledge can certainly testify as to the settlement demand that Luciano made. |

Crescent's **Motion for Reconsideration of the Court's Order Granting Volvo's Motion in Limine 12 (Rec. Doc. 312)** is **DENIED WITHOUT PREJUDICE**. If it becomes clear to the Court during trial that the prejudice to Crescent in not having the jury fully informed as to the prior roles of all of the experts would outweigh the prejudice to Volvo in having the jury know that Volvo had retained Matthew, then the Court will allow Crescent to inform the jury that Matthew was Volvo's expert in the bankruptcy litigation. At the appropriate time, Crescent will make its motion outside the presence of the jury.

Crescent's **Motion in Limine to Exclude the Testimony of Charles Theriot , or in the Alternative, To Limit His Testimony Per the Court's Prior Order of April 18, 2006 ( Rec. Doc. 252)** is **GRANTED IN PART AND DENIED IN PART**. The motion is **DENIED** insofar as the Court will not exclude Theriot's testimony in its

15

entirety.  The motion is **GRANTED** insofar as Theriot's testimony, like that of every other expert witness who testifies at trial, will be limited to those opinions specifically rendered in his report or elicited by opposing counsel at his deposition.  This is the Court's standard practice.

* * * * * * * *

*[signature: Jay C. Zainey]*